UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RAYMOND SUERO-PERALTA,** | )<br>) |
| Petitioner, | ) CV NO. 13-5630-ODW (AJW)<br>) |
| v. | )<br>) JUDGMENT |
| **CHARLES WILLIAMS, et al.,** | )<br>) |
| Respondents. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction to the extent that petitioner challenges the BOP's decision finding him ineligible for RDAP and denied to the extent that petitioner challenges the BOP's promulgation of rules requiring an inmate to show a verifiable substance use disorder during the 12 months preceding incarceration in order to be eligible for RDAP.

Dated: January 30, 2014

_____
Otis D. Wright II
United States District Judge